# ALABAMA COURT OF CRIMINAL APPEALS



October 18, 2024

**CR-2023-0926**
Austin Shane Bonner v. State of Alabama (Appeal from Talladega Circuit Court: CC-16-397.60)

## NOTICE

You are hereby notified that on October 18, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk